IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SYNTAX-BRILLIAN CORPORATION, | ) | |
| et al., | ) | Case No. 08-11407 (BLS) |
| | ) | |
| Debtor. | ) | (Jointly Administered) |
| | ) | |
| | ) | Docket Reference No. 753 |

## ORDER

Upon consideration of the Emergency Motion to Request The Honorable Brendan Linehan Shannon Recuse Himself From the Syntax-Brillian Case Due to Conflicts of Interests and Undeclared Prior Relationships with FTI and Silver Point (the "Motion") [Docket No. 753]; and upon consideration of the objections to the Motion filed by the Debtors [Docket No. 764] and by the Official Committee of Unsecured Creditors [Docket No. 760]; and after a hearing on January 7, 2009, it is hereby

ORDERED, that the Motion is DENIED.

Dated: Wilmington, Delaware
       January 9, 2009

_____
Brendan Linehan Shannon
United States Bankruptcy Judge